IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. <u>05-40066-JLF</u> |
| | ) | |
| YVONNE R. TISON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is a Motion to Authorize Clerk to Hold Funds Pending Sentencing (Doc. 17). This motion is **GRANTED**.

**IT IS ORDERED** that the Clerk of the United States District Court is authorized to hold such funds tendered to it by, or on behalf of, Yvonne R. Tison pending disposition of this matter. The Clerk is further **DIRECTED** to apply any funds it may be holding at disposition of this matter consistent with the criminal monetary penalties that are imposed.

**IT IS SO ORDERED.**
**DATED:** February 13, 2006.

<u>*s/ James L. Foreman*</u>
**DISTRICT JUDGE**